JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**E-FILING**

FILED

08 JAN 29 P 2: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08 00042 RS |
| Plaintiff, | No. |
| v. | VIOLATION: Title 18, United States Code, Section 13, assimilating Cal. Vehicle Code Section 23152(a) - Driving Under the Influence (Class B misdemeanor); Title 18, United States Code, Section 13, assimilating Cal. Vehicle Code Section 23152(b) - Driving with Blood Alcohol Percentage of 0.08 or More (Class B misdemeanor) |
| DARLENE JOY MURPHY, | |
| Defendant. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(a) - Driving Under the Influence)

On or about December 30, 2007, at the NASA Ames Research Center in the County of Santa Clara, and in the Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

DARLENE JOY MURPHY,

did operate a motor vehicle while under the influence of alcohol, in violation of Title 18, United

INFORMATION

States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class B misdemeanor.

COUNT TWO: (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(b) - Driving with Blood Alcohol Percentage of 0.08 or More)

On or about December 30, 2007, at the NASA Ames Research Center in the County of Santa Clara, and in the Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

DARLENE JOY MURPHY,

did operate a motor vehicle while having a 0.08 percent or more, by weight, of alcohol in her blood, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code, Section 23152(b), a Class B misdemeanor.

DATED: January 29, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: NCM )
Natasha Bode
Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

---OFFENSE CHARGED---

Title 18, U.S.C. § 13 - assimilating Cal. Vehicle Code § 23152(a) - Driving Under the Influence
Title 18, U.S.C. § 13 - assimilating Cal. Vehicle Code § 23152(b) - Driving With Blood Alcohol Percentage of 0.08 or More

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT - U.S.

▶ DARLENE JOY MURPHY

DISTRICT COURT NUMBER

**CR 08 00042 RS**

PENALTY:
Both Counts:
6 months imprisonment
$1000 fine
$10 special assessment fee

E-FILING

---PROCEEDING---

Name of Complaintant Agency, or Person (&Title, if any)

NASA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): SUSAN KNIGHT

---DEFENDANT---

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
1002 VALENCIA AVE, APT 4
SUNNYVALE CA 94086

Date/Time: February 21, 2008 at 9:30am
Before Judge: ~~Seeborg~~ Patricia V. Trumbull

Comments: