1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DARLENE JOY MURPHY

6

7

8

                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,           )   No. CR 08-00042-RS
                                       )
13              Plaintiff,             )   MOTION TO MODIFY PRETRIAL
                                       )   RELEASE CONDITIONS; DECLARATION
   vs.                                 )   OF COUNSEL
14                                     )
   DARLENE JOY MURPHY,                 )
15                                     )
                Defendant.             )
16 _____ )

17     Ms. Murphy is charged with DUI in violation of 18 U.S.C. §13, Assimilating CVC

18 23152(a).  Among the conditions of her release is the restriction that she not travel outside the

19 Northern District of California.

20     Ms. Murphy asks that the conditions of her pretrial release be modified to allow her to

21 travel on April 11, 2008 by car with her brother, George Murphy (he would be the driver), his

22 wife Deidra Murphy and Madeline Murphy, her niece.  Ms. Murphy makes this request to attend

23 her mother, Joyce Estes' bridal shower on April 13.  During this time Ms. Murphy would stay at

24 her mother's house located at 5460 Flora Way, Sun Valley, NV 89433 (775) 673-1819.  Ms.

25 Murphy's return date would be April 13, 2008.  Ms. Murphy further requests permission to travel

26 by car on May 9, 2008 with George Murphy (he would be the driver), his wife Deidra Murphy

MOTION TO MODIFY PRETRIAL RELEASE          1

1  and Madeline Murphy, her niece.  Ms. Murphy makes this request to attend her mother, Joyce

2  Estes' wedding on May 10, 2008.  If allowed to travel, Ms. Murphy would return on May 11,

3  2008.  During this time Ms. Murphy would stay at the Peppermill Hotel in Reno, Nevada.

4      Ms. Murphy is not being supervised by Pretrial Services.

5      Undersigned counsel has spoken with Natasha Bode, Certified Law Clerk with the U.S.

6  Attorney's Office, who is assigned to handle this matter.  Ms. Bode stated that the government

7  has no objections to the proposed modification of Ms. Murphy's pretrial release.

8      I, Nicholas Peter Humy, am an Assistant Federal Public Defender assigned to handle this

9  matter for my office.  By signing and filing this motion, I hereby declare under penalty of perjury

10 that the facts asserted in support of the request are true and correct.

11 Dated: April 08, 2008        Respectfully submitted,

12                             BARRY J. PORTMAN
                            Federal Public Defender

13

14                             /s/

15                             NICHOLAS PETER HUMY
                            Assistant Federal Public Defender

16

17

18

19

20

21

22

23

24

25

26

MOTION TO MODIFY PRETRIAL RELEASE       2