E-FILED

1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DARLENE JOY MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0042 RS |
| Plaintiff, | [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |
| vs. | |
| DARLENE JOY MURPHY, | Honorable Patricia V. Trumbull |
| Defendant. | United States Magistrate Judge |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release are modified to permit defendant DARLENE JOY MURPHY to travel outside the Northern District of California to the Reno, Nevada/Sun Valley, Nevada area on April 11 through April 13, 2008 and May 9 through May 11, 2008.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: April 9, 2008

HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Modifying Conditions of Release                                1