1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DARLENE JOY MURPHY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNIFED STATES OF AMERICA,        )  No. CR 08-00042-RS
                                    )
                Plaintiff,          )  **STIPULATION TO CONTINUE**
12                                  )  **SENTENCING HEARING; [PROPOSED]**
   vs.                              )  **ORDER**
13                                  )
   DARLENE JOY MURPHY,              )  **HON. RICHARD SEEBORG**
14                                  )
                Defendant.          )
15 _____)

16     Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

18 scheduled for Thursday, September 4, 2008 at 9:30 a.m., be continued to Tuesday, September 23,

19 2008 at 9:30 a.m.  The continuance is necessary due to the unavailability of counsel for Ms.

20 Murphy.

21 Dated: August 29, 2008                    _____/s/_____
                                             NICHOLAS P. HUMY
22                                           Assistant Federal Public Defender

23
   Dated: August 29, 2008                    _____/s/_____
24                                           SUSAN FRANCES KNIGHT
                                             Assistant United States Attorney
25

26 **STIPULATION TO CONTINUE**
   **SENTENCING HEARING;**
   **[PROPOSED] ORDER**
   **No. CR 08-00042-RS**                    1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for Thursday, September 4, 2008 will be continued to Tuesday, September 23, 2008 at 9:30 a.m.

IT IS SO ORDERED.

Dated: _____, 2008

_____
RICHARD SEEBORG
United States District Judge