1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DARLENE JOY MURPHY

6

7

**E-FILED**

**FILED**

AUG 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   No. CR 08-00042-RS
                                        )
12              Plaintiff,              )   STIPULATION TO CONTINUE
                                        )   SENTENCING HEARING; [PROPOSED]
    vs.                                 )   ORDER
13                                      )
    DARLENE JOY MURPHY,                 )   HON. RICHARD SEEBORG
14                                      )
                Defendant.              )
15  _____ )

16       Defendant and the government, through their respective counsel, hereby stipulate that,

17  subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

18  scheduled for Thursday, September 4, 2008 at 9:30 a.m., be continued to Tuesday, September 23,

19  2008 at 9:30 a.m. The continuance is necessary due to the unavailability of counsel for Ms.

20  Murphy.

21  Dated: August 29, 2008
                                              /s/
                                        _____
22                                      NICHOLAS P. HUMY
                                        Assistant Federal Public Defender
23
    Dated: August 29, 2008
24                                            /s/
                                        _____
                                        SUSAN FRANCES KNIGHT
25                                      Assistant United States Attorney

26  STIPULATION TO CONTINUE
    SENTENCING HEARING;
    [PROPOSED] ORDER
    No. CR 08-00042-RS                  1

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for Thursday, September 4, 2008 will be continued to Tuesday, September 23, 2008 at 9:30 a.m.

IT IS SO ORDERED.

Dated: August 29, 2008

RICHARD SEEBORG
United States ~~District Judge~~ MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER
No. CR-08-00453-JF                                2